IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-CV-00352-RPM-CBS

KEITH LEIGH SHANNON,

        Plaintiff,

v.

BRYAN MOON,
RICHARD CATRON, and
RICHARD REYNOLDS,

        Defendants.
_____

ORDER DENYING MOTION FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
_____

Upon consideration of the defendants' motion for summary judgment, filed January 18, 2005, the plaintiff's response, filed April 11, 2005, and the defendants' reply of May 25, 2005, the Court finds and concludes from the papers submitted by the respective parties that there are genuine issues of material fact concerning whether the plaintiff's termination from his employment with UNICOR was motivated by the defendants' retaliation for the plaintiff's complaints to OSHA and therefore violated the First Amendment to the United States Constitution.  The law prohibiting retaliatory action against a prison inmate was clearly established in the Tenth Circuit Court of Appeals in the cases cited by the plaintiff in his response to the defendants' motion. There are disputes concerning the respective roles played by each of the individual defendants, resulting in the action of the defendant Richard Catron in his decision to

terminate the plaintiff's employment at UNICOR.  The Court is unable to say under the provisions of Fed.Civ.P. 56 that the plaintiff will be unable to demonstrate at trial sufficient participation to make each of the defendants liable for a constitutional violation.  It is therefore

ORDERED that the defendants' motion for summary judgment is denied.

DATED: February 22nd, 2006.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge