IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-CV-00352-RPM-CBS

KEITH LEIGH SHANNON,

        Plaintiff,

v.

BRYAN MOON,
RICHARD CATRON, and
RICHARD REYNOLDS,

        Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Upon review of the Amended Final Pretrial Order, entered by Magistrate Judge Shaffer on July 18, 2005, it is insufficient as a basis for proceeding to trial in this matter and it is therefore

ORDERED that a pretrial conference will be convened on **April 12, 2006, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/rules frame.htm** (Appendix G).   In addition, the proposed Final Pretrial Order shall be submitted by **April 6, 2006,** via E-mail to **Matsch_Chambers@cod.uscourts.gov**.

DATED: February 22nd, 2006.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge