IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-CV-00352-RPM-CBS

KEITH LEIGH SHANNON,

        Plaintiff,

v.

BRYAN MOON,
RICHARD CATRON, and
RICHARD REYNOLDS,

        Defendants.
_____

ORDER SETTING TRIAL DATE
_____

        Pursuant to the pretrial conference convened on April 12, 2006, it is

        ORDERED that this matter is set for trial to the Court (video conference) on -

**October 24, 2006, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in **Courtroom 202, the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.**  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

        DATED: April 14, 2006.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge