IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-M-352 (CBS)

KEITH LEIGH SHANNON,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.
_____

## ORDER
_____

THE COURT has reviewed Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint filed on October 25, 2006, and has determined that Defendants do not object to the relief requested therein.

IT IS THEREFORE ORDERED that the Plaintiff's Unopposed Motion to file a Second Amended Complaint is GRANTED and the Second Amended Complaint tendered to the Court on October 25, 2006 is accepted for filing as of the date of this order.

SO ORDERED this 25th day of October, 2006

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Judge Richard P. Matsch