# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action 03-cv-0352-RPM-CBS

KEITH LEIGH SHANNON,

       Plaintiff,

v.

UNITED STATES OF AMERICA,

       Defendant.

---

# ORDER

---

      Pursuant to the Stipulated Order of Dismissal filed by the parties, it is accordingly

ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice

with each party to pay its own costs and attorney's fees.

      DATED this 27th day of October, 2006.

               BY THE COURT:

               s/Richard P. Matsch

               _____

               RICHARD P. MATSCH, JUDGE
               United States District Court